1157. · GEORGIA SOUTHERN & FLORIDA RAILWAY COMPANY *v.* GOODMAN.

POWELL, J. It is essential to the maintenance of a certiorari from a justice's court that the answer should show 'that there has been a final judgment or verdict rendered; but this fact may properly appear either in the answer, in the form of a direct statement, or in any other way which will sufficiently verify it. Where, as a part of the answer,

the justice sends up a certified copy of the proceedings in the court below, and a final verdict or judgment appears therein, this is a sufficient verification of the existence of such judgment or verdict. *Landrum* v. *Moss,* 1 *Ga. App.* 216 (57 S. E. 965) ; *Brown* v. *Atlanta,* 123 *Ga.* 499 (51 S. E. 507).        *Judgment reversed.*

Certiorari, from Berrien superior court—Judge Mitchell. March 25, 1908.

Submitted July 2,—Decided July 31, 1908.

*Buie & Knight,* for plaintiff in error.

*J. W. Powell, Watts Powell,* contra.